UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-4832-SPG-PD                                    Date: March 6, 2023

Title   *Travell C. Holmes v. Raybon Johnson, et al.*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

## Proceedings:  (In Chambers) Order to Show Cause Re: Dismissal

    **O**n November 14, 2022, Plaintiff Travell C. Holmes ("Plaintiff"), who is currently confined at Salinas Valley State Prison, filed a First Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983 against Defendants Lieutenant A. Martinez ("Martinez"), Associate Warden D. Williams ("Williams", and Dr. Ha.  [Dkt. No. 16.]  Plaintiff alleges that while he was confined at California State Prison-Lancaster, Martinez and Williams violated his Fourteenth Amendment rights during disciplinary hearings and Eighth Amendment rights by denying him outside exercise and access to the dayroom. [*Id.* at 3, 5.]  He further alleges that Martinez and Williams abused their power, acted with deliberate indifference, imposed illegal punishment and reprisals and violated the Americans with Disabilities Act ("ADA").  [*Id.* at 3, 5, 7-9.]  He alleges that Dr. Ha refused to provide him with a one-hour walking chrono.  [*Id.* at 3, 6.]  Plaintiff seeks compensatory and punitive damages.  [*Id.* at 11.]

    On December 7, 2022, the Court screened the FAC pursuant to 28 U.S.C. § 1915A(a)-(b)(1) and allowed Plaintiff the option to proceed **only** on his Eighth Amendment deliberate indifference claim against Martinez and Williams for denying Plaintiff access to outside exercise.  Otherwise, for the reasons stated in the Order, the Court dismissed the FAC for: (1) failing to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-4832-SPG-PD                               Date: March 6, 2023

Title      *Travell C. Holmes v. Raybon Johnson, et al.*

adhere to Rule 8 of the Federal Rules of Civil Procedure; and (2) failing to allege sufficient facts to state a deliberate indifference claim against Dr. Ha. [Dkt. No. 17.]   The Order granted Plaintiff leave to file a notice of intention to proceed only on his claims against Martinez and Williams or to file a second amended complaint ("SAC") by January 10, 2023.  [*Id.*]

On January 3, 2023, Plaintiff filed a notice of intention to file a SAC and request for extension of time to file a SAC.  [Dkt. No. 18.]  On January 10, 2023, the Court granted Plaintiff an extension of time to file a SAC by February 17, 2023.  [Dkt. No. 19.]  The deadline for filing a SAC has passed, and Plaintiff has neither filed his SAC nor communicated with the Court about his case since January 3, 2023.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's January 10, 2023 Order.

In the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before March 24, 2023**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's January 10, 2023 Order; or

(2) a second amended complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:22-cv-4832-SPG-PD                               Date: March 6, 2023

Title       _Travell C  Holmes v  Raybon Johnson, et al_

      Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).  **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

      Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.

                                                                                                         :
                                                                                                      iv
                                                                           Initials of Preparer