UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>           Plaintiff,<br><br>  v.<br><br>RAYBON JOHNSON, et al.,<br><br>          Defendants. | Case No. 2:22-cv-04832-SPG-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge.  The time for filing objections has expired, and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

      IT IS THEREFORE ORDERED that the Eighth Amendment claim in the First Amended Complaint against Dr. Ha is dismissed without prejudice;

and that Plaintiff is allowed to proceed on the Eighth Amendment claims in the First Amended Complaint against defendants Martinez and Williams.

DATED:  October 25, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE