# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>                Plaintiff,<br><br>    v.<br><br>RAYBON JOHNSON, et al.,<br><br>                Defendants. | Case No. 2:22-cv-04832-SPG-PD<br><br>**ORDER ACCEPTING, IN PART, FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants Correctional Officer Armando H. Martinez ("Martinez") and Associate Warden Damion Williams's ("Williams," and, together with Martinez, "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint, (ECF No. 36); the records on file herein; and the Report and Recommendation of United States Magistrate Judge, (ECF No. 49). The time for filing objections has expired, and no objections have been made.

The Court accepts, in part, the findings and recommendations of the Magistrate Judge, and adopts them as its own findings and conclusions, as explained below:

(1) Defendants' motion to dismiss Plaintiff's claims against them in their official capacity is GRANTED; and

(2) Williams's motion to dismiss Plaintiff's claim against him in his individual capacity based on qualified immunity is DENIED as moot. Review of Plaintiff's First Amended Complaint makes clear that Plaintiff seeks to sue Williams in his official capacity only; Plaintiff does not seek to pursue a claim against Williams in his individual capacity. (ECF No. 16 at 3).

**IT IS SO ORDERED.**

DATED: August 20, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE