UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRAVELL C. HOLMES,

          Plaintiff,

    v.

RAYBON JOHNSON, et al.,

          Defendants.

Case No. 2:22-cv-04832-SPG-PD

**ORDER ACCEPTING REPORT RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant Lieutenant A. Martinez's Motion for Summary Judgment, the records on file, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT THEREFORE IS ORDERED that Defendant Martinez's Motion for Summary Judgment is granted, and that judgment is entered dismissing Martinez and this action with prejudice.

DATED: March 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2