JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>            Plaintiff,<br><br>  v.<br><br>RAYBON JOHNSON, et al.,<br><br>            Defendants. | Case No. 2:22-cv-04832-SPG-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE